# Court of Appeals
# of the State of Georgia

ATLANTA,    July 08, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0763. IN THE INTEREST OF: A. D. P. AND P. A. P., children.**

We granted the application by the childrens' attorney for discretionary review of an order denying termination of the mother's parental rights in order that we could more thoroughly review the order, the record, and the transcript of the proceedings below. After thorough and plenary consideration, we have determined that the juvenile court did not abuse its discretion in denying the termination petition and that the order, which is supported by clear and convincing evidence, must be affirmed. The application for discretionary appeal was, therefore, improvidently granted, and the order granting the application is hereby vacated and this appeal is, accordingly, dismissed.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* 07/08/2013
       *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
              *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

      , *Clerk.*